## AFFIDAVIT

### AFFIDAVIT OF Sarah L. Foreman

### SPECIAL AGENT

### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

### Case No. 3:18-mj-00329-DMS

I, Sarah L. Foreman, being duly sworn, depose and state that:

I am a graduate of the University of Alaska, Southeast where I received a master's degree in Public Administration with emphasis on Criminal Justice. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Department of Justice, and have been so employed since October 2009.

I am a graduate of the Federal Law Enforcement Training Center, the ATF National Academy in Glynco, GA, and the Firearms Interstate Nexus Training Program in Martinsburg, WV. As a result of my training and experience as an ATF Special Agent, I am familiar with the federal firearms and narcotics laws.

The information in this affidavit is based on my personal knowledge, and other information provided by other federal, state and local law enforcement officers, based on investigations conducted.

1) I make this affidavit in support of an application for a complaint and arrest warrant for Justin Mitchell THOMASSEN, for violations of:
   Title 18, U.S.C. §922(g)(1) – It shall be unlawful for any person who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year, to possess in or affecting commerce, any firearm
2) May 24, 2018 Anchorage Police Department were dispatched to the area of 1830 E. 75th Ave, Anchorage, AK for a report of shots fired from a gray Ford Focus. Ofc Busby observed a vehicle matching the description and followed it down Hartzell Road. The vehicle was identified as a gray Ford Focus bearing Alaska License Plate: GKE831. The vehicle parked in the northern lot of the Long Branch Saloon. Ofc. Busby activated his lights. Additional officers arrived on scene and the individuals in the vehicle were taken into custody and identified as follows:
   - Driver: Lucky GUERRERO
   - Front Passenger: Justin Mitchell THOMASSEN
   - Right Rear Passenger: Elizabeth Renee TERRY
3) Two .22 caliber rounds of ammunition were visible on the front passenger seat after THOMASSEN exited the vehicle. Also visible were small baggies, which appeared to have a white substance inside.

1

4) Elizabeth Renee TERRY (hereafter referred to as TERRY) acknowledged the vehicle was hers and GUERRERO was driving it with her permission. TERRY stated she and GUERRERO went to school together and she just met THOMASSEN the night before. She stated last night they were at a bar, and then afterwards came back to what she believed was THOMASSEN's house. Ofc. Titus informed her that Ofc. Busby had stopped the vehicle due to it matching the description of a vehicle involved in a shooting. TERRY said THOMASSEN shot a gun outside the window. She did not know he had a gun, and was not paying attention until he stared firing out the window. TERRY did not provide consent to search the vehicle.

5) Ofc. Snyder responded to the area and made contact with the complainant. The complainant stated that a Ford Focus stopped at 1832 E 75th and two shots were fired from the front passenger side of the vehicle. The complainant was transported to the Long Branch Saloon for a show up. The complainant positively identified the Grey Ford Focus, but was unable to identify any of the occupants.

6) Ofc. Mitchell responded to the area and spoke to a witness that provided surveillance video of loading a grey duffle bag and what appears to be a rifle stock into the trunk of a grey four-door sedan. The individual then gets in the front passenger compartment of the vehicle. The witness stated THOMASSEN's girlfriend Amanda Valencia lives in the bottom right apartment of his 4-plex. Ofc. Mitchell responded to the scene and identified the vehicle and THOMASSEN as the same as observed in the video.

7) State of Alaska search warrant 3AN-18-1533SW was applied for and granted for the gray Ford Focus bearing Alaska License Plate: GKE831. Upon executing the search warrant the following firearms were recovered from the trunk:

- Rifle, GSG522, Cal: .22, Serial Number: Obliterated found in a violin case in a grey duffle bag. The duffle bag also contained miscellaneous ammunition and a suspected silencer.
- Rifle, FNH, Model: SCAR17S, Cal: 7.62x51. Serial #: HC48627 (report as stolen) loaded with a round in the chamber
- Rifle, Norinco, Model: SKS, Cal: 7.62x39, Serial #: 14232864, loaded with a round in the chamber

8) Your affiant reviewed THOMASSEN's criminal history and found the following felony conviction:

| Case Number | Convicting Charge(s) | Conviction Date |
| --- | --- | --- |
| 3AN-13-3101CR | Burglary 1 | 09/13/2016 |

9) SA Foreman conducted a firearms interstate nexus determination for the firearms and determined that if they received and/or possessed in the State of Alaska, they had to have traveled in and affected interstate commerce as defined in Title 18 U.S.C. § 921 (a)(2).

2

Case No. 3:18-mj-00329-DMS

## CONCLUSION

10) Based upon the foregoing, your affiant submits this affidavit as probable cause to believe Justin Mitchell THOMASSEN violated Title 18 U.S.C. §922(g)(1) on May 24, 2018 by possessing the three firearms listed above.

Respectfully submitted,

**Signature Redacted**

Sarah L. Foreman
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me on June 6, 2018.

/S/ JAMES P. HUTTON
U.S. MAGISTRATE JUDGE
SIGNATURE REDACTED

UNITED STATES MAGISTRATE JUDGE